UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:09CR617 HEA |
| | ) | |
| TALIBDIN EL-AMIN, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF THE GOVERNMENT
## REGARDING PRESENTENCE REPORT

Comes now the United States of America, by and through its attorneys, Michael W. Reap,

Acting United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant

United States Attorney for said District, and pursuant to Paragraph 7 of the Administrative Order

of this Court (July 12, l988), states that the Government accepts and has no objection to the

Presentence Report.

Respectfully submitted,

MICHAEL W. REAP
Acting United States Attorney


_____/s/ Hal Goldsmith_____
HAL GOLDSMITH-62501
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63l02
(314) 539-2200


CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Paul D'Agrosa
Attorney at Law
7710 Carondelet, Suite 200
St. Louis, Mo 63105


I hereby certify that on November 18, 2009, the foregoing was mailed via United States Postal Service to the following non-participants in Electronic Case Filing:

Suzann M. Cross
Senior United States Probation Officer
111 South 10th Street, Ste. 2.325
St. Louis, Mo 63102


/s/ Hal Goldsmith
HAL GOLDSMITH , #62501
Assistant United States Attorney
A copy of the foregoing was mailed this 18th day of November, 2009 to:


/s/ Hal Goldsmith
ASSISTANT UNITED STATES ATTORNEY