# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## COURTROOM MINUTE SHEET
## CRIMINAL PROCEEDINGS

Date 6/11/13 Judge Henry E. Autrey Case No. 4:09CR617HEA

USA vs. Talibdan El-Amin

Court Reporter A. Daley Deputy Clerk CJ

Attorney(s) for Plaintiff(s) Hal Goldstein

Attorney(s) for Defendant(s) NOT Present

Parties present for Status Conference RE: Restitution. Restitution paid by Deft. Deft Discharged from Sup. Rel.

Probation Officer: Julie O'Keefe

Pltf. Witness_____ Deft. Witness_____
Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____ Deft. Exhibits:_____
Pltf. Exhibits:_____ Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 10:30 a.m/p.m  Concluded 10:35 a.m/p.m.